## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Texas

Case Number: 3:23-CV-02838-B

Plaintiff:
**LILIAN ONOH**

vs.

Defendants:
**SAHARA REPORTERS MEDIA GROUP, INC. et al.**

Received these papers on the 18th day of March, 2024 at 3:40 pm to be served on **Sahara Reporters Media Group, Inc. C/O Omoyele Sowore; Chief Executive Officer, 441 Jefferson Ave, Haworth, Bergen County, NJ 07641**.

I, Michael Phelan, being duly sworn, depose and say that on the **21st day of March, 2024** at **5:01 pm, I:**

delivered to a **CORPORATION** by personally delivering a true copy of the **Summons in a Civil Action with Plaintiff's Original Complaint** with the date of delivery endorsed thereon by me, to: **Omoyele Sowore** as **Chief Executive Officer and Registered Agent** for **Sahara Reporters Media Group, Inc.**, at the address of: **441 Jefferson Ave, Haworth, Bergen County, NJ 07641**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 21 and have no interest in the above action and competent to testify. I am an Authorized Process Server in good standing. I have never been convicted of a felony or misdemeanor involving moral turpitude in any state. All statements contained herein are based on my personal knowledge are true and correct.

Michael Phelan
Process Server

Subscribed and Sworn to before me on 3/25/2024
by the affiant who is personally known to me.

NOTARY PUBLIC

Our Job Serial Number: PEL-2024001325

LAURA GONZALEZ
Commission # 50217848
Notary Public, State of New Jersey
My Commission Expires
January 18, 2029


Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V

