## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
Northern District of Texas

Case Number: 3:23-CV-02838-B

Plaintiff:
**LILIAN ONOH**

vs.

Defendants:
**SAHARA REPORTERS MEDIA GROUP, INC. et al.**

Received these papers on the 18th day of March, 2024 at 3:40 pm to be served on **Sahara Reporters, Inc. C/O Omoyele Sowore; Chief Executive Officer and Registered Agent, 441 Jefferson Ave, Haworth, Bergen County, NJ 07641**.

I, Michael Phelan, being duly sworn, depose and say that on the **21st day of March, 2024** at **5:01 pm, I:**

delivered to a **CORPORATION** by personally delivering a true copy of the **Summons in a Civil Action with Plaintiff's Original Complaint** with the date of delivery endorsed thereon by me, to: **Omoyele Sowore** as **Chief Executive Officer and Registered Agent** for **Sahara Reporters, Inc.**, at the address of: **441 Jefferson Ave, Haworth, Bergen County, NJ 07641**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 21 and have no interest in the above action and competent to testify. I am an Authorized Process Server in good standing. I have never been convicted of a felony or misdemeanor involving moral turpitude in any state. All statements contained herein are based on my personal knowledge are true and correct.

**Michael Phelan**
Process Server

Subscribed and Sworn to before me on 3/25/2024
by the affiant who is personally known to me.

NOTARY PUBLIC

LAURA GONZALEZ
Commission # 50217848
Notary Public, State of New Jersey
My Commission Expires
January 18, 2029

Our Job Serial Number: PEL-2024001323

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V

