IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LILIAN ONOH, § | |
|    PLAINTIFF, § | |
| § | |
| VS. § | CIVIL ACTION NO. 3:23-cv-02838-B |
| § | |
| SAHARA REPORTERS MEDIA GROUP, INC., § | |
| SAHARA REPORTERS, INC., and OMOYELE § | |
| SOWORE, § | |
|    DEFENDANTS. § | |

**PLAINTIFF'S REQUEST TO ENTER DEFAULT JUDGMENT AGAINST ALL DEFENDANTS**

TO THE CLERK OF THE COURT:

Plaintiff Lilian Onoh files this request to enter default judgment against all Defendants. In support of this request, Plaintiff would show as follows:

1. Plaintiff, Lilian Onoh, hereby requests that the Clerk of the-above-entitled Court enter default in this matter against Defendants, Sahara Reporters Media Group, Inc., Sahara Reporters, Inc., and Omoyele Sowore, on the grounds that said Defendants have failed to plead or otherwise defend within the time prescribed by the Federal Rules of Civil Procedure.

2. As shown in the Affidavit of Service on file with this Court (Document 12), Defendant Omoyele Sowore was properly served on March 21, 2024.

3. As shown in the Affidavit of Service on file with this Court (Document 13), Defendant Sahara Reporters Media Group, Inc. was properly served on March 21, 2024.

4. As shown in the Affidavit of Service on file with this Court (Document 14), Defendant Sahara Reporters, Inc. was properly served on March 21, 2024.

5. As of the date of this Request, the Court's docket does not reflect an answer being filed by any of the Defendants.

6. Plaintiff has not received an answer or any type of response from any of the Defendants as of the date of this Request.

7. Plaintiff's Request meets the procedural requirements for obtaining an entry of default from the Clerk as demonstrated in this Court's docket and in this Request.

8. WHEREFORE, PREMISES CONSIDERED, Plaintiff asks the Clerk to enter default against Defendants, Sahara Reporters Media Group, Inc., Sahara Reporters, Inc., and Omoyele Sowore, and award Plaintiff such other relief as may be proper.

Respectfully submitted,

*WESTERBURG & THORNTON, P.C.*
10440 N. Central Expressway, Suite 800
Dallas, Texas 75231
Phone No.:    214.528.6040
Facsimile:    214.540.7207
Email:        steve@mwtlaw.com

By: _____
    Steven Thornton
    State Bar No. 00789678

**ATTORNEY FOR PLAINTIFF**