UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Dallas Division

| | |
|---|---|
| Lilian Onoh<br>Plaintiff<br><br>v.<br><br>Sahara Reporters Media Group Inc et a<br>Defendant | Civil Action No. 3:23-cv-02838-B |

## CLERK'S ENTRY OF DEFAULT

The record reflects that service of the complaint has been made upon the Defendant named below:

Sahara Reporters Media Group Inc
Sahara Reporters Inc
Omoyele Sowore

It appears from the record that service of the complaint has been made, that the Defendant has failed to answer or otherwise defend as directed within the time allowed, and that the Plaintiff has shown that failure through affidavit or otherwise.

Therefore, upon Plaintiff's request, DEFAULT is entered against the Defendant named above.

KAREN S. MITCHELL, CLERK
U.S. DISTRICT COURT

s/ N. Taylor
By: Deputy Clerk on 4/25/2024